IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:19-cv-00479

| | |
|---|---|
| CARL MARTIN, ) | |
| ) | |
| Plaintiff, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 1:19-CV-00479** |
| v. ) | |
| ) | |
| ROWAN-SALISBURY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Undersigned Clerk of Court upon Plaintiff's Acceptance of Defendant's Offer of Judgment, filed with Court on November 13, 2020 [DE #46], and the undersigned Clerk of Court therefore finds that the parties have fully resolved this matter.

In accordance with Rule 68 of the Federal Rules of Civil Procedure, Defendant served an Offer of Judgment on Plaintiffs on October 29, 2020. Defendant offered and Plaintiff has accepted the amount of Seventy Thousand Dollars ($70,000) in full settlement of all unresolved claims against the Rowan-Salisbury Board of Education or any other unnamed defendants, inclusive of any and all attorneys' fees, expenses and costs accrued to date that might in any way be recoverable against Defendant.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the undersigned Clerk of Court accepts the parties' settlement of this matter, that judgment is entered in accordance with the terms of the Offer of Judgment, and that this case is

therefore closed.

This the 16th day of November 2020.

_____
John Brubaker, Clerk of Court
USDC Middle District of North Carolina